# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>BERNADETTE MATTHEWS, *in her official capacity as Executive Director of the State Board of Elections for the State of Illinois*,<br><br>    *Defendant*. | Case No. 3:25-cv-3398-CRL-DJQ |

## DECLARATION OF TIMOTHY E. DREA

I, Timothy E. Drea, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts set forth herein. If called upon to testify before this Court, I would do so to the same effect.

2. I am a resident of Sangamon County, Illinois.

3. I am the President of the Illinois AFL-CIO ("IL AFL-CIO").

4. In my capacity as President, I am responsible for overseeing the day-to-day operations of IL AFL-CIO, establishing our strategic priorities, and communicating our vision, direction and goals to our affiliates and members.

5. IL AFL-CIO is a nonpartisan membership organization comprised of over 1,500 affiliated unions representing nearly 900,000 workers in Illinois.

6. Our members are geographically diverse; they and their families can be found in nearly every community in the state from Antioch on the Wisconsin border to Cairo at the confluence of the Ohio and Mississippi River, and from Danville on the Indiana border to Quincy

1

on the Missouri border.

7. Our members are also diverse in terms of age, race, economic status, and profession.

8. IL AFL-CIO members work in thousands of occupations, including service workers, flight attendants, construction workers, parcel delivery personnel, freight drivers, electricians, health care workers, and more.

9. IL AFL-CIO's mission is to achieve economic security and a fair economy that works for all. To further that mission, we engage in a variety of activities to advance the interests of working families.

10. For example, we and our affiliates educate and engage our members and their families on issues and policies, and we mobilize them to vote in every election.

11. With members in all areas of the state, we and our affiliates use person-to-person contact, direct mail, social media, rallies, and public events to ensure working families receive information crucial in making decisions concerning elections and laws that affect their everyday lives.

12. We and our affiliates also help our members confirm their voter registration status and track the status of their submitted ballots and answer any other questions they may have about how to get their ballots cast and counted.

13. In previous election cycles, we and our affiliates have developed and implemented targeted voter registration campaigns. Those campaigns were so successful that to date, over 80 percent of our members are registered to vote.

14. As a result, we have shifted resources away from voter registration toward other critical activities, such as our robust issue-advocacy work and getting out the vote.

15. I understand that the Department of Justice's lawsuit seeks to compel the Executive Director of the State Board of Elections Bernadette Matthews to turn over the State's complete, unredacted voter file, which includes driver's license numbers, partial social security numbers, and birthdates.

16. If the Department of Justice is successful in obtaining this information, I am concerned it will frustrate IL AFL-CIO's voter engagement, registration and turnout work. I also fear it will harm me personally as an Illinois voter whose privacy rights will be invaded.

17. Recently, the Department of Justice released a document that reflected a strategy of using states' voter lists to challenge and purge voters that they deem "unlawful" and removable from the states' voter rolls.

18. Many of our members work in occupations that require them to travel for long periods of time. Some of our members are also in low-wage jobs, and it is not uncommon for them to face housing instability and transition to more affordable homes or shared living spaces for financial reasons.

19. These members are at particular risk of being improperly identified as someone that may have moved and thus deemed by the Department of Justice as ineligible to vote in Illinois, even though under state law these voters' residency and voting eligibility has remained unchanged. Any attempted purge of Illinois's voter rolls that targets people who may have changed their address or failed to respond to an address confirmation notice would disproportionately impact IL AFL-CIO's members.

20. Although IL AFL-CIO does not currently have plans to conduct a targeted voter registration program this election cycle, if a purge were to occur, ensuring that our members are registered and that any previously registered, eligible members get re-registered to vote would

quickly become a top priority.

21. We would immediately develop and implement a campaign using the tools available to us—including person-to-person contact, social media, email and traditional mail, and phone banking—to reach any potentially impacted members.

22. We would also need to create new voter education materials in response to any purge. In our conversations with members, and through our materials, we would direct all members to confirm their registration status and explain how to do so, as well as outline the steps they would need to take to get re-registered were they to discover they were purged.

23. And we would need to recruit and train volunteers who could be available on election day to guide members through the process of restoring their registration if they arrive at the polls to find out they were purged.

24. Responding to such illegal purges would significantly disrupt our pre-planned activities in the months leading up to the 2026 general election.

25. Given our limited resources, responding to illegal purges spearheaded by the federal government and facilitated by the disclosure of the entire Illinois state voter file would certainly require us to divert resources away from these mission-critical activities toward ensuring that our members stay registered, thus significantly frustrating our mission.

26. Additionally, as an organization dedicated to supporting and serving union workers who work collaboratively to achieve goals that cannot be accomplished on an individual level, we have long held fundamental concerns about public, broad disclosure of lists of names and personal information that could be used to target our members and those in our community that are affiliated with union and union interests.

27. That concern is at the forefront of our minds where the current administration has

proven that it is willing and able to target individuals who disagree with it or seek to push positions contrary to those that the administration holds, including on pro-union issues.

I declare under penalty of perjury that the foregoing is true and correct.

_Timothy E Drea_  Executed on: 12/20/2025
Timothy E. Drea

5