E-FILED
Monday, 22 December, 2025  02:45:44 PM
Clerk, U.S. District Court, ILCD

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNADETTE MATTHEWS, *in her official capacity as Executive Director of the State Board of Elections for the State of Illinois*,<br><br>*Defendant*. | Case No. 3:25-cv-3398-CRL-DJQ |

**DECLARATION OF KRYSTLE ABLE**

I, Krystle Able, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the current Executive Director of the Illinois Alliance for Retired Americans Educational Fund (the "Alliance"). I also serve as the Normal Township Supervisor.

3. I am a registered voter in Illinois.

4. The Alliance is a nonpartisan organization incorporated in Illinois under state law and is a 501(c)(4) nonprofit, social welfare organization under the Internal Revenue Code. It is a chartered state affiliate of the Alliance for Retired Americans.

5. The Alliance has over 242,000 members across Illinois. Its members include retirees from public and private sector unions, community organizations, and individual activists. Most of our members are over 60 years old.

6. The mission of the Illinois Alliance for Retired Americans is to ensure social and

1

economic justice and full civil rights for all citizens so that they may enjoy dignity, personal fulfillment and family security as senior citizens. The Alliance endeavors to give older and retired persons the opportunity to strive to create a society that incorporates these goals and rights during their retirement, allowing them to pursue new and expanded activities with their unions, civic organizations and their communities.

7. A primary objective of the Alliance is to enroll and mobilize retired union members and other senior and community activists into a nationwide grassroots movement advocating a progressive political and social agenda—one that respects work and strengthens families.

8. The long-term goal of the Alliance is to become the voice for all older Americans. By engaging in important political battles to protect and preserve programs vital to the health and economic security of older Americans, the Alliance seeks to lead as a prominent progressive grassroots senior organization in states like Illinois.

9. In pursuit of these values, the Alliance also seeks to create programs and membership organizations designed to promote a commitment by retired workers and older persons to lifelong participation in their unions, and in their community, political and civic organizations.

10. The Alliance further encourages all segments of the senior population to act with unity on legislative, political and policy issues of importance to retirees and their families in order to maximize their influence on federal, state and local governments and on private organizations that affect their interests.

11. I understand that the Department of Justice's lawsuit seeks to compel Executive Director Bernadette Matthews to turn over Illinois's complete, unredacted voter file.

12. If the Department of Justice is successful in obtaining this information, I am

concerned it will frustrate the Alliance's civic engagement and voter turnout work. I also fear it will harm me personally as an Illinois voter whose privacy rights will be impacted.

13. For starters, the privacy and security of our members' information is of great importance to the Alliance as an organization. The senior community is deeply concerned about the risks of social security fraud, identity theft, and other types of financial fraud, which are oftentimes targeted at older citizens. In my experience, seniors are wary of or engaging in activities or conducting their lives in a way that might increase the chance that their private data will be turned over to third parties without their knowledge or authorization. In fact, in response to the increasing number of fraudulent schemes targeting the elderly, including our members, we have employed different outreach strategies to educate and warn our members about the various ways in which scams and fraud campaigns can manifest.

14. But the federal government's lawsuit undermines these efforts by exacerbating the very risks that the Alliance is trying to mitigate. It seeks the kinds of unique identifiers and other personalized information that are common points of access for hackers, identity thieves, and other malicious actors.

15. This concerns me because I am personally aware of harmful deceptive schemes that can seriously impact an individual's life. For instance, one of our previous board members was a recent victim of identity theft. She discovered her identity had been stolen when she began receiving large medical bills that were not hers. As a result of this theft, this board member had to obtain IT support to fix vulnerabilities on her computer at home, contact the Social Security Administration to understand her options for remediation of stolen identity, and change all of her financial bank accounts and credit cards.

16. Like other Alliance members, I am concerned about and take great care in ensuring

my information—and the information of members of the Alliance that I serve—does not fall in the hands of other individuals. But I am extremely concerned that the disclosure of sensitive personal information to the Department of Justice will only make it easier for such campaigns to be waged against all of us.

17. Additionally, if the Department of Justice's lawsuit is successful, it will directly undermine our members' confidence in our electoral process. Given the unprecedented events of the 2020 election when President Trump pressured states to outright change the vote count after votes were tabulated, I fear that the disclosure of the state's entire database of voter information to the Department of Justice could be used in unpredictable ways that pose a threat to free and fair elections in the future.

18. Finally, through my civic and community engagement work, I am aware that Illinois recently enacted laws to strengthen the protections around personal data of Illinois citizens. As a voter, Illinois's longstanding commitment to the security and privacy of my information gives me confidence that my personal information is secure. This has become increasingly important to me both as a voter and a community activist in the current national climate, where individuals in and aligned with the federal government have increasingly called for and even moved to punish others that they see as political enemies.

19. But the actions that the Department of Justice has taken to compel the production of sensitive personal information of Illinois voters do not give me confidence that the Department will respect federal or state privacy laws. Neither I, nor the Alliance's members, trust that the federal government will take diligent care and commit to safeguard the confidentiality of our personal data. Instead, I fear the federal government may use this information in unpredictable and nefarious ways that neither I nor the Alliance's members more broadly have any control over.

Once this information is released, the harm is done—there is no effective way to claw that information back and neutralize the threat disclosure poses to us.

20. This harm is especially grave given statements and official documents that have been released by the Department of Justice detailing plans to purge individuals they somehow deem as "unlawful" voters.

21. If our members are illegally purged from the voter rolls, that will not only undermine the important civic mission of the Alliance, but will also weaken our democracy.

I declare under penalty of perjury that the foregoing is true and correct.

_Krystle Able_
_____
Krystle Able

Executed on: 12/20/2025