# Exhibit C

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNADETTE MATTHEWS, *in her official capacity as Executive Director of the State Board of Elections for the State of Illinois*,<br><br>*Defendant*. | Case No. 3:25-cv-3398-CRL-DJQ |

**DECLARATION OF STACY DAVIS GATES**

I, Stacy Davis Gates, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts set forth herein. If called upon to testify before this Court, I would do so to the same effect.

2. I am a resident of Cook County, Illinois and a registered voter.

3. I am currently the President of the Illinois Federation of Teachers ("IFT"), an affiliate of the Illinois AFL-CIO.

4. In my capacity as President, I work with IFT's staff, Executive Board, local affiliates, and members to build and sustain an effective organization that advances economic social justice in communities anchored by strong public schools.

5. IFT is a nonpartisan membership organization comprised of approximately 103,000 PreK-12 teachers, paraprofessionals and school-related personnel, higher education professionals, public employees, and retired teachers across Illinois. We have members in nearly every county

1

in the state.

6. IFT's mission is to improve the status of teachers, educational workers, and other workers to provide for better educational opportunities for all Illinois residents, with a particular emphasis on supporting and promoting the ideals of a robust and socially just democracy.

7. Our mission is carried out through an aggressive, organized program of advocacy and year-round monitoring of legislation related to public schools and working peoples' rights. We also work to ensure that our members and constituents have the right to vote and that they vote in every election.

8. For example, through our "Go Vote" campaign, we provide our members with information on how to vote by mail, vote early in person, and vote on election day. We also provide our members and the public with a list of IFT-endorsed candidates, and we recruit and train volunteers to do phone banking, door-to-door canvassing, digital organizing, host events, and more.

9. Additionally, we and our affiliates have spent significant resources helping our members and their families register to vote. Due to the success of these efforts, approximately ninety percent of our members are registered to vote, and our members vote at higher percentages than the general population.

10. This achievement has allowed us to shift more resources toward our legislative agenda and other campaigns, such as recruiting new members, tackling racism in our union, and evaluating candidates' positions on key issues affecting our members.

11. I understand that the Department of Justice's lawsuit seeks to compel the Executive Director of the State Board of Elections Bernadette Matthews to turn over the State's complete, unredacted voter file, which includes driver's license numbers, partial social security numbers, and

birthdates.

12. If the Department of Justice is successful in obtaining this information, I am concerned it will frustrate IFT's civic engagement and voter registration and turnout work. I also fear it will harm me personally as an Illinois voter whose privacy rights will be invaded.

13. For starters, the privacy and security of its members' information is of great importance to IFT as an organization and its members. Because our organization serves teaching personnel and professionals who have had to take what in recent years could be considered controversial stances by the current administration on topics such as diversity and inclusion, teaching true history, and allowing students to have access to certain books, there is a serious concern from our members that they will be targeted by people in, affiliated with, or supportive of, the current administration who disagree with them on their curriculum or educational policy stances and seek to silence their professional and political views.

14. IFT also has a large retiree chapter. This community has serious concerns about the risks of fraud that can occur. Many of these fraud schemes target older citizens. As a result, many of our senior members are extra cautious about conducting their lives in a way that may increase the chance that their private data will be turned over to third parties without their knowledge. In fact, in response to the increasing number of fraudulent schemes targeting the elderly, including our retiree members, we regularly educate our members about scams and fraud schemes so they have information that can help facilitate the privacy of their data.

15. These data privacy fears are further exacerbated by publicized efforts by the so-called Department of Government Efficiency ("DOGE") to obtain social security data of all Americans, despite questionable data management policies by that agency.

16. Given this track record, I worry that disclosure of Illinois's voter registration rolls

will deter qualified voters in our communities, including our members, from registering to vote or engaging in the political process for fear that they will be surrendering their personal information to an administration eager to weaponize such information against opponents.

17. Finally, the Department of Justice's efforts seem driven by a desire to spread false allegations of voter fraud, which includes spearheading efforts to challenge and purge voters they deem to be "unlawful" from the voter rolls. This strategy is reflected in recent reports that the Department of Justice has been attempting to have states sign a Memorandum of Understanding that would require just that.

18. IFT's members are particularly vulnerable to being wrongfully removed from the voter rolls. Some of our members make wages too low to afford permanent housing and, as a result, experience housing instability. These members are thus disproportionately likely to have frequent housing changes and changes of address.

19. Many of our members also frequently use a temporary address. For example, we represent more than 5,000 graduate students who work as teaching assistants and graduate assistants at Illinois's public colleges and universities for the duration of their programs, while maintaining permanent residences elsewhere.

20. And roughly ten percent of our membership is higher education faculty, many of whom travel during the summers to do research or complete fellowships.

21. These members are at risk of being targeted as voters who have moved, even though their voter registration residence and voting eligibility remains unchanged. A purge of Illinois's voter rolls that targets people identified by the Department of Justice as having changed addresses would disproportionately impact IFT's members.

22. Additionally, teaching professionals and personnel who hold policy stances that run

contrary to the current administrations' stances on certain topics could also be targeted as "unlawful" and targeted for purges for no other legal reason.

23. IFT is not currently planning to run a coordinated voter registration program this election cycle. But if such illegal purges were to occur, we would be required to divert resources toward ensuring our members and their families are registered to vote and stay registered to vote. This work would be necessary to preserve the high registration rates we have achieved in the past.

24. To protect our members' right to vote, we would immediately develop and implement a system to educate the public about voter purges, try to identify members at risk of being purged from the voter rolls if possible, and aid these voters in checking their registration status, and, if mistakenly purged, guide them through the process to restore their registration.

25. These efforts would be particularly difficult to stand up if there was no way to know how or with what methodology the Department of Justice is using to identify voters it believes and is recommending for purges to states.

26. This program would also require us to add materials to our voter information guide directing our members to confirm their registration status and outlining the steps they would need to take to restore their registration if they discover they were purged.

27. IFT has limited resources. The time, effort, and expense we would have to spend responding to purges—and guiding members through any issues that might arise from their information being released to third parties through disclosure to the Department of Justice—would necessarily require us to reduce resources spent on our other core programmatic activities central to our mission.

28. For example, we would have fewer resources available to closely monitor legislation impacting our members, develop our candidate endorsement guide, get voters to the

polls, or advocate for our key issues, including high-quality education, excellent public services, job safety, wage fairness, freedom from discrimination, affordable health care, and retirement security.

29. This diversion of resources would be especially disruptive in the coming months leading up to the 2026 election, and would significantly frustrate our mission.

I declare under penalty of perjury that the foregoing is true and correct.

_____   Executed on: Dec. 22, 2025
Stacy Davis Gates

6