# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>*Defendant.* | No. 3:25-cv-3398 |

## JOINT MOTION TO ENTER BRIEFING SCHEDULE

The parties jointly move to enter a briefing schedule as follows.

1. Plaintiff filed the Complaint and a Motion for Order to Compel Production of Records on December 19, 2025. *See* ECF 4, 5.

2. On January 7, 2026, Plaintiff filed summons returned executed on January 5, 2026. ECF 18.

3. Defendant intends to file a motion to dismiss under Federal Rule of Civil Procedure 12(b) as her responsive pleading.

4. Given the overlapping nature and complexity of issues raised by the complaint and the motion to compel, the parties propose that the court enter a unified briefing schedule on Plaintiff's motion to compel and Defendant's forthcoming Rule 12(b) motion to dismiss.[1]

---

[1] In filing this motion, Defendant does not waive jurisdictional or other defenses available under Federal Rule of Civil Procedure 12.

5.  The parties therefore jointly move to enter the following schedule for briefing the pending and forthcoming motions in this matter:

- February 20, 2026: Defendant's motion to dismiss and opposition to Plaintiff's motion to compel;

- March 6, 2026: Plaintiff's opposition to defendant's motion to dismiss and reply in support of Plaintiff's motion to compel; and

- March 20, 2026: Defendant's reply in support of her motion to dismiss.

| | |
|---|---|
| January 8, 2026 | Respectfully submitted, |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division | KWAME RAOUL<br>  Attorney General of Illinois |
| ERIC V. NEFF<br>Acting Chief, Voting Section<br>Civil Rights Division | By:  /s/ R. Henry Weaver<br>Vikas Didwania*<br>*Complex Litigation Counsel*<br>R. Henry Weaver<br>*Assistant Attorney General* |
| /s/ Brittany E. Bennett<br>Brittany E. Bennett<br>Christopher J. Gardner<br>Trial Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.141<br>Washington, D.C. 20002<br>(202) 704-5430<br>*Brittany.Bennett@usdoj.gov*<br>*Christopher.Gardner@usdoj.gov* | Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>(312) 814-3000<br>*vikas.didwania@ilag.gov*<br>*robert.weaver@ilag.gov*<br><br>* Appearance Forthcoming |