**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                  *Plaintiff*,<br>v.<br><br>BERNADETTE MATTHEWS, in her Official Capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>                  *Defendant*. | Civil Action No. 3:25-cv-3398-CRL-DJQ |

### MOTION OF COMMON CAUSE, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, BRIAN BEALS, PABLO MENDOZA, AND ALEJANDRA L. IBAÑEZ TO INTERVENE AS DEFENDANTS

Common Cause, Illinois Coalition for Immigrant and Refugee Rights ("ICIRR"), Brian Beals, Pablo Mendoza, and Alejandra L. Ibañez (collectively, "Proposed Intervenors") respectfully move to intervene as Defendants pursuant to Rule 24(a) of the Federal Rules of Civil Procedure or, in the alternative, pursuant to Rule 24(b). The grounds for this Motion are fully set forth in the accompanying Memorandum in Support, and a Proposed Order is attached. Proposed Intervenors append to this motion as Exhibit 1 a proposed motion to dismiss by way of a response to the United States' Complaint, while reserving the right to supplement their response to the Complaint within the time allowed for response by Rule 12 after intervention is granted. *See* Fed. R. Civ. P. 24(c).

Proposed Intervenors have conferred with Plaintiff the United States and Defendant Director Matthews and neither takes a position on the Motion.

### CONCLUSION

The Court should grant the Motion to Intervene as Defendants as of right, or in the alternative, via permissive intervention.

1

Dated: January 9, 2026

Respectfully submitted,

Ethan Herenstein
Sophia Lin Lakin
Theresa J. Lee
Will Hughes
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
eherenstein@aclu.org
slakin@aclu.org
tlee@aclu.org
whughes@aclu.org

Patricia Yan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

*/s/Kevin Fee*
Kevin Fee
Rebecca Glenberg
Priyanka Menon
ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 North Michigan Avenue
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org
pmenon@aclu-il.org

Aneel Chablani
Ami Gandhi
CHICAGO LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
25 E. Washington St., Ste. 1300
Chicago, IL 60602
(312) 888-4193
achablani@clccrul.org
agandhi@clccrul.org

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record on January 9, 2026.

*/s/ Kevin Fee*
Kevin Fee
