# Exhibit 2

## DECLARATION OF ELIZABETH J. GROSSMAN

Pursuant to 28 U.S.C. § 1746, I, Elizabeth Grossman, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I live in Illinois, and I am an eligible registered voter. Voting is the most fundamental form of democratic participation, and I am proud to be an Illinois voter. I am the Illinois State Director of Common Cause. I am also a member of Common Cause. I serve as the primary spokesperson and lobbyist for Common Cause in Illinois, working to protect voting rights, promote ethical government, and hold power accountable. In my role as Illinois State Director, I work with multiple coalitions to advance pro-voter reforms and increase civic engagement.

3. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia and registered to do business in Illinois. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and intervenes in this action on behalf of itself and in a representative capacity on behalf of its members.

4. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the organization; or (b) has taken meaningful action in support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or otherwise engaging in activities designed to advance the organization's mission. As of this writing, there are more than 15,000 members of Common Cause in Illinois.

5. Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.

6. In Illinois, Common Cause ensures that Illinoisans' voices are heard in the political process. Common Cause's Illinois members live throughout the state and include registered voters whose personal information is maintained in the statewide voter registration database held by the Illinois Secretary of State. If the Secretary discloses the unredacted voter registration file to DOJ, these members' sensitive personal information, including driver's license numbers, and portions of social security numbers, would be unlawfully released, causing an invasion of privacy, chilling participation in the electoral process, and undermining confidence in the integrity of Illinois elections.

7. Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every eligible Illinoisan can register and cast their ballot. Through our advocacy over the last two decades, Illinois has adopted several pro-voter reforms, including online voter registration and automatic voter registration. We have also advocated for improved access for voters with disabilities by monitoring ADA compliance at polling places and educating voters on how to cast their ballots. These efforts are not just about increasing participation; they are about ensuring that every voice is heard and every vote is protected.

8. Common Cause has a history of fighting to protect voter privacy in Illinois. In 2024, Common Cause advocated for reforms to the Illinois state legislative code to ensure that access to the voter file was coupled with essential privacy protections. In particular, the reforms we advocated would have redacted sensitive private data and prevented the use of voter data to harass or intimidate voters.

9. As a nonpartisan democracy reform and good government organization, Common Cause, our volunteers, and coalition allies regularly assist eligible Illinoisans in registering to vote through community education and outreach. The voters we help are now part of the state's official voter file, and we consider it our duty to safeguard the trust they place in us and in the democratic process.

10. At public engagement events and through our website tool, we assist Illinoisans to register, verify, and/or update their voter information. As a result, many voters we assist are added to the official statewide voter file. We have a vested interest in protecting the integrity and privacy of that data. Any threat to the security of the voter file, especially one that could result in the misuse of personal information, directly undermines our work, damages public trust, and risks chilling voter participation.

11. We also run targeted communications campaigns, including through social media, to keep Illinoisans informed about key election deadlines and updates. These efforts amplify official messages from the Office of the Secretary of State and other election officials, helping ensure voters have accurate, timely information to participate confidently in our democracy.

12. Disclosure of the entire, unredacted Illinois voter file would undermine Common Cause's work and risk harm to our members. We rely on public confidence in the security and integrity of voter data to encourage participation. If voters fear their personal information, like a partial Social Security number or driver's license number, could be misused or exposed, they may avoid registering to vote, decline to update their current voter registration record, or withdraw from civic engagement activities altogether. Such results undermine Common Cause's mission to expand access and participation, especially among historically marginalized communities. Knowing that their personal data could be used to challenge their eligibility to vote would chill participation in the democratic process. This is especially true for voters

in marginalized communities who already face systemic barriers and distrust government surveillance. Common Cause expends significant resources on on-the-ground voter engagement and assistance efforts to register voters and involve them in the democratic process.

13. Additionally, disclosure of the entire, unredacted Illinois voter file would facilitate unsubstantiated voter challenges, a concern especially for vulnerable communities. Improper and flawed mass-challenge programs disproportionately target voters who lack stable housing or traditional addresses. Mass challenges, often filed in bulk by activists, can overwhelm local election officials, divert resources from voter outreach and education, and delay or obstruct legitimate registrations and ballot processing. This undermines the infrastructure that Common Cause and our partners rely upon to ensure smooth, inclusive elections. Diverting resources to address these improper activities weakens our capacity to educate voters and mobilize communities. These sorts of challenges also work to revive historical tactics of voter suppression. Private voter challenges have roots in post-Reconstruction laws used to disenfranchise Black voters. Today, they are increasingly used to target voters of color, Indigenous Peoples, young voters, and those who are unhoused or in transient living situations; all of whom Common Cause prioritizes in lobbying and advocacy work supporting the inclusion of their voting rights. If voters' sensitive data is disclosed to the federal government and used to promote mass disenfranchisement, Common Cause will be forced to redirect resources to mitigating the disenfranchisement of existing voters from its core activities of engaging new voters in the democratic process.

14. Common Cause also runs a nonpartisan Election Protection program in Illinois, which provides critical information and assistance to voters around primary and general elections. These include assisting voters in navigating the vote-by-mail process, encouraging voter participation, and assisting voters who encounter

difficulties voting. The success of this program and our ability to effectively identify and address issues that hinder voters depend on voters' trust in the electoral system. When voters fear their personal information could be misused for partisan or punitive reasons, especially under a federal administration known for voter suppression rhetoric and tactics, they may hesitate to accept help from volunteers, avoid reporting issues at the polls, and disengage from the voting process altogether.

15. If Illinois discloses the unredacted voter file, this will work to normalize federal overreach into state-run elections, weakening local control and opening the door to future demands for even more intrusive data. It poses a grave threat to voter privacy and public confidence. This threatens the decentralized structure of U.S. elections, which Common Cause defends as a safeguard against authoritarianism.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 7th day of January 2026, in Chicago, Illinois.

Signed by:
E7C102D556C4447...

Elizabeth J. Grossman
Illinois State Director of Common Cause