E-FILED
Friday, 09 January, 2026  04:28:37 PM
Clerk, U.S. District Court, ILCD

# Exhibit 3

## DECLARATION OF LAWRENCE BENITO

Pursuant to 28 U.S.C. § 1746, I, Lawrence Benito, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I am a registered voter in Illinois. I live in Illinois and am the son of immigrants. I started my career in the Peace Corps. In 2002, I joined the staff of Illinois Coalition for Immigrant and Refugee Rights (ICIRR). In 2012, I became the Executive Director of ICIRR.

3. ICIRR is a non-profit, non-partisan organization. ICIRR is a statewide coalition of more than 100 organizations in Illinois dedicated to promoting the rights of immigrants and refugees to full and equal participation in the civic, cultural, social, and political life of our diverse society.

4. ICIRR was created in 1986 in response to President Reagan signing into law the Immigration Reform and Control Act. Since then, ICIRR has been at the forefront of helping immigrants realize and contribute to the dream that is America. In my time at the organization, I have overseen numerous successful initiatives to support immigrant communities, including the organization's extensive work with naturalized citizen eligible voters.

5. ICIRR partners with over 100 organizations, most of which are dues-paying organizations who vote on ICIRR's priorities. These member organizations are diverse and include social service organizations, community organizing groups, labor unions, hometown associations, faith institutions, education organizations, and law firms. Our member organizations include city, suburban, and downstate organizations in Illinois.

6. ICIRR strongly promotes civic participation for eligible voters in every election cycle, as part of its work to remove any barriers that prevent people from full and equal participation. ICIRR launched the Democracy Project in 2004 in order to promote civic participation in the immigrant communities of Chicago and suburbs. This program has become a national model for immigrant empowerment through civic engagement, including non-partisan voter registration and get-out-the-vote (GOTV) programs. ICIRR trains fellows in the democracy program in mechanics of voter registration, getting out the vote, and helping eligible voters in fellows' local communities, including a diversity of immigrant communities in the city and suburbs.

7. ICIRR registers voters year-round through citizenship naturalization ceremonies and other special events. Since 2004, we have registered over 300,000 individuals to vote through community-based outreach and at naturalization ceremonies. In our voter registration work, we screen for eligibility to confirm that individuals are eligible to vote. ICIRR also works to increase voter registration access in Illinois.

8. Since 2005, ICIRR's New Americans Initiative has helped numerous individuals in Illinois become United States citizens. Through ICIRR's programming, across the State of Illinois, we serve and provide outreach to immigrant communities in 59 different languages, and we have directly assisted over 150,000 naturalization applicants.

9. People across Illinois have been very sensitive to data privacy of their personal information. The immigrant voter community is no exception. If the federal government were to have access to the information on Illinois voters, this would further aggravate already heightened anxieties about federal overreach. Voters would be very concerned if the federal government had any information about where they live, their social security numbers or portions of these numbers,

their driver's license or state identification numbers, or other personal information. Several of ICIRR's programs specifically address immigrant community members' concerns about their data being provided to the federal government.

10. For immigrant voter communities, it would be very harmful for personal information to be in the hands of the federal government, including United States Immigration and Customs Enforcement (ICE) and Department of Homeland Security. Immigrant communities face the risk of their information being weaponized to target individuals, for example through immigration enforcement or attempted denaturalization. The fear of the federal government having voter information and the fear of potential ICE presence at the polls will cause some voters to sit out the election.

11. If the federal government had access to Illinois voter information, harm would occur to voters both before and during election cycles, including during voter registration, during early voting, and on Election Day. Naturalized citizen voters would also face the harm of being crosschecked against inaccurate or out-of-date information about their citizenship status or voter eligibility, which could lead to them being stricken from the voter rolls.

12. As an example, immigrant community members who are eligible to vote could think they are registered, but they might no longer be on the rolls if there were improper checking or use of voter roll information by the federal government. Such problems would interfere with ICIRR's GOTV initiatives in communities, including door-knocking, and would undermine the accuracy of ICIRR's information regarding voters' registration status. In various programs of ICIRR, we have had this experience of out-of-date information in government systems regarding citizenship status when the individuals are actually naturalized citizens.

13. If the federal government were to access voter roll information, additional steps and identification requirements imposed on voters will have a negative impact on both ICIRR and voters in immigrant communities. During elections, immigrant voters whose registration status is unfairly put into question may face barriers, including additional identification requirements for same day registration if someone were stricken from the rolls or challenged. Additional steps, complications, and worries for voters make it less likely that they will vote.

14. In immigrant voter communities, many individuals move frequently, which can also lead to outdated information in the voter rolls and incorrect conclusions about voter eligibility. These mistakes also occur with mixing up of different individuals who have the same name or similar names. Because of these obstacles that could result if the federal government had access to Illinois voter rolls, some community members then will not vote.

15. If voter rolls were shared with the federal government, ICIRR's resources will be diverted addressing the problems that voters would face. Sharing of the voter rolls will weaken ICIRR's ability to do our work and conduct our programs – including voter registration at naturalization ceremonies, neighborhood drives, and other events – and require us to use additional resources.

16. ICIRR conducts voter protection during elections, including with Chicago Lawyers' Committee for Civil Rights as part of the non-partisan Election Protection program. ICIRR monitors polls and assists voters who have questions. These efforts by the federal government to obtain voter information will interfere with ICIRR's voter protection work, by making voters less comfortable and willing to accept help from ICIRR staff and volunteers.

17. Immigrant voters look to ICIRR for information and guidance. ICIRR encourages people to be active citizens in their communities. If voters' information were to be disclosed and

immigrant voters then face any kind of retribution, that is going to blow back on ICIRR and harm our organization and activities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January _7_, 2026


_____

Lawrence Benito

Executive Director of Illinois Coalition for Immigrant and Refugee Rights (ICIRR)