# Exhibit 4

**DECLARATION OF BRIAN BEALS**

Pursuant to 28 U.S.C. §1746, I, Brian Beals, declare as follows:

1. I am an Illinois resident over the age of eighteen. I am competent to testify and have personal knowledge of the facts set forth in this Declaration.

2. I registered to vote in Illinois in 2024 and have voted since then.

3. I am an activist, organizer, and playwright. I work in nonprofit and artistic spaces to create programming and support for communities impacted by injustice. I am the founder and executive director of Mud Theatre Project (https://www.mudtheatreproject.org), a non-profit organization that produces original plays as a tool for community organizing and healthy emotional growth. Mud Theatre Project is an outgrowth of the Dixon Correctional Center Performing Arts Program in Illinois, which I founded in 2018. Under my guidance, the Dixon Correction Center Performing Arts Program won multiple PEN America National Prison Writing Awards. I am part of the Future Leadership Apprenticeship program at Restore Justice. I have completed the Just Leadership USA Emerging Leaders Fellowship and the Boyd Barrett Fellowship for Organizing from Northwestern University.

4. I am a Chicago native. I grew up in the Englewood neighborhood and attended Dunbar Vocational High School. I started college at Jackson State University and then transferred to Southern Illinois University in Carbondale, where I majored in administration of justice and law enforcement. I stayed in college until 1988 when I was 22 years old, when I was wrongfully convicted. After spending 35 years incarcerated for a crime I did not commit, I was exonerated in 2023.

5. While incarcerated, I earned an Associate Degree from Lake Land College. I am a certified Paralegal. Beginning approximately 2021, I worked as a Civics Peer Educator

through the Illinois Department of Corrections program created by the Illinois Reentering Citizens Civics Education Act.  I have also worked as a HIV/AIDS Peer Educator and was certified by Illinois Department of Public Health in approximately 2015.  I cofounded a literacy program and served as a Literacy Instructor.  I was the Editor of the Stateville Roundhouse and the Pontiac Pen, which are newspapers published inside prison.

6.      In approximately 2021, I was trained by non-partisan organizations Chicago Lawyers' Committee for Civil Rights, Chicago Votes, and Dr. Christina Rivers of DePaul University's Institute for Restorative Educational Engagement to serve as a Civics Peer Educator, through the Illinois Department of Corrections program created by the Illinois Reentering Citizens Civics Education Act.  I first was trained at Dixon Correctional Center and then started training other incarcerated peers.  I have given dozens of non-partisan presentations on voting rights, governmental institutions, and simulations of civic processes.  I have had an impact on hundreds of incarcerated individuals and those going through the reentry process.  In my off time, I also taught civics in my unit.  Since I was exonerated, I have partnered with Chicago Lawyers' Committee for Civil Rights, Chicago Votes, and Dr. Christina Rivers of DePaul University's Institute for Restorative Educational Engagement to improve the civics curriculum approved by Illinois Department of Corrections and train incarcerated peer educators.

7.      Teaching civics and encouraging civic participation, including for formerly incarcerated eligible voters, has been a rewarding and invaluable experience for me and has helped me assist other reentering community members.  I have partnered with Chicago Votes to form an advisory committee of former civics peer educators, as it is important to have many voices involved with encouraging civic participation.  Through Mud Theatre Project, I have used

arts and animation to increase civics education, civic participation, and knowledge about voter eligibility.

8. Voting is the glue for our democracy and what holds us together as a nation. In a democracy, people's votes and voices should count and need to be heard. Educating people about our right to vote makes us stronger as a country and as a community. I work to fight against disenfranchisement on any level. Whether it is disenfranchisement of people with felony records or disenfranchisement through political maneuvering, disenfranchisement is abhorrent and anti-American.

9. Voting is a state-run process. It is wrong for the federal government to make demands on what is the purview of the states, without proper justification.

10. For me, as a registered voter who is formerly incarcerated, I am concerned about my voter information being at risk, given the federal government's demand for Illinois voters' information.

11. From my work and my experiences, I know this mistrust of governmental systems is shared in my formerly incarcerated community. Individuals who are already afraid to vote will have increased fear of retribution or incarceration, including a fear of listing their address. This intrusion on their lives by the federal government is wrong and will have a negative impact. The federal government's actions will increase voter apathy and fear in a community who has already experienced various degrees of disenfranchisement. I do not want people to be afraid to exercise right to vote, because people should be able to have their voices amplified and be a part of this democracy.

12. Sharing voter information with the federal government would have a very negative impact on communities where most incarcerated people come from, which are

communities that are impoverished and vulnerable and face conditions such as over-policing and other types of targeting. These are the communities that need to be the most civically engaged and politically active to have the chance to overcome their conditions, but they could face scrutiny by the federal government if their voter information were shared. The sharing of voter information with the federal government would decrease the likelihood of formerly incarcerated individuals registering to vote.

I declare that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on January Jan 06, 2026

Jan 06, 2026

Brian Beals    Jan 06, 2026