# Exhibit 5

## DECLARATION OF PABLO MENDOZA

Pursuant to 28 U.S.C. §1746, I, Pablo Mendoza, declare as follows:

1. I am a Chicago resident over the age of eighteen. I am competent to testify and have personal knowledge of the facts set forth in this Declaration.

2. I grew up in poverty in the Mexican American neighborhood of Little Village in Chicago, at a time when racist rhetoric predominated at the national political level, police violence and street gangs prevailed locally, and government disinvested in neighborhoods like mine. In 1996, when I was eighteen years old, my mother died. The trauma of her death, combined with the conditions all around me, sent me into a spiral of anger, resentment, and violence. I ended up incarcerated for a felony conviction from 1998 to 2000 and then again from 2000 to 2020.

3. I registered to vote in Illinois shortly after I was released from prison and have voted regularly in elections since then.

4. While in prison, I entered an educational program called the Education Justice Project (EJP). With the help of EJP, I was able to transform from a mindset of seeking retribution against the institutions that harm my community to recognizing and taking responsibility for the harm I myself had caused to my community and to myself. In the program, we were encouraged to exercise our agency and put the new knowledge we were acquiring to good use. For example, I helped develop the curriculum and served as an ESL instructor in a program to help incarcerated people who did not speak English as a first language to learn self-advocacy to navigate the prison system.

5. After I was released from prison, with the new self-assurance I had obtained from EJP, I committed to addressing the needs of incarcerated and formerly incarcerated people in the community. Beginning in 2021, I worked with a colleague to interview incarcerated individuals,

their families, and allied organizations about the possibility of an abolitionist art space in Chicago. In 2024, she and I cofounded and now codirect the organization Walls Turned Sideways as a space where communities impacted by incarceration connect through art, share knowledge, and support returning residents. The organization provides exhibitions, workshops, and resources that use art as a means of advocacy, healing, and community building. As codirector, I run programming around reentry, helping people through the process of reintegrating in their communities.

6. As part of the political education that we offer to returning citizens, we provide civic training, including education on the right to vote. We partner with organizations like Chicago Votes and Cannabis Equity Coalition to help people expunge previous convictions and register to vote. For returning citizens, voting is how we get our voices back. Voting is an essential way we can advocate for ourselves and affect our own economic and physical wellbeing and the betterment of our families and communities.

7. I do not believe the federal government should have access to my private voter registration information. The state of Illinois protects the privacy of voter information, and I see no reason why the federal government should have information that exceeds what the state is authorized to disclose. I see a danger of such data being used to suppress voting rights. I believe that formerly incarcerated people – along with other populations whose right to vote has historically been denied – are especially vulnerable to having their data misused to infringe on their constitutional rights.

8. I am participating in this case because I believe it is incumbent upon all of us to acknowledge our country's history and be responsible stewards of democracy. This means holding the government accountable, just as I have been held accountable in my own life.

I declare that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on December 30, 2025

Pablo Mendoza