# Exhibit 6

## DECLARATION OF ALEJANDRA L. IBAÑEZ

Pursuant to 28 U.S.C. §1746, I, Alejandra L. Ibañez, declare as follows:

1.     I am an Illinois resident over the age of eighteen. I am competent to testify and have personal knowledge of the facts set forth in this Declaration.

2.     I was born in Valparaiso, Chile in 1973.  My mother worked for a national shipping company associated with the Chilean government.  After the *coup d'etat* that installed dictator Augusto Pinochet the situation in Chile became dire, and my family was placed in danger of persecution.  My family fled Chile for the United States in 1979.  Although I was very young when we came to the United States, I grew up hearing my family's stories about how their safety was put into jeopardy after the ousting of a democratically elected president, and how the authoritarian regime that took his place seized its power by force and by stripping away voting rights and other civil liberties.  This gave me a deep appreciation for the importance of democracy, and an understanding of what happens when democracy is attacked.

3.     I spent my early childhood in a small town in Northern New Jersey.  I moved to Evanston, Illinois in 1988 when I was in high school.  I became involved in the small but active Chilean community in Evanston. I am still very active in this community, and it helped me form the career I have in nonprofit management and politics.  In moving to Illinois, and specifically Evanston, I finally felt like I was "home."  I still live in Evanston with my husband and three sons.

4.     After moving to Illinois I earned a Master's degree in urban planning and public policy with a concentration in community development from the University of Illinois Chicago, and a Bachelor of Arts in political science from DePaul University.  I became active in politics and the nonprofit world, focusing in particular on representing the interests of the Latinx

1

community in Illinois. I was proud to work for one of the first Latinas elected to the Illinois House of Representatives.

5. I became a naturalized United States citizen in 1997. I started the naturalization process in New Jersey, and have strong memories of going to appointments and meetings in Newark with my family. I was ultimately naturalized in Illinois. When I was interviewed for naturalization, my interviewer laughed about the idea that I was asking to be a U.S. citizen despite how "American" I was by that point in my life. I had grown up in the United States, had gone to American university, and was working directly for elected officials in the government here. I was part of the American system, and was as "bought in" to American democracy as anyone could be.

6. I have remained active in politics and activism since I became naturalized. I was an inaugural commissioner of the City of Evanston's Equity and Empowerment Commission. In my professional life, I currently serve as Co-Executive Director of Illinois Unidos, where I have guided the organization's evolution from its founding in 2020 as a pandemic-focused coalition into a statewide Latinx health equity organization.

7. The right to vote is incredibly important to me. Once I was naturalized, I registered to vote and have been a registered Illinois voter ever since. I have voted in every election since I became eligible to vote. I am very aware that this is a right many have fought for – in the U.S. and in countries, like my original homeland of Chile, where the right to vote was taken away. I came up through the U.S. public education system and learned about the struggles of women and other groups to gain the right to vote. I became involved in Local School Councils during my adult life and was inspired by the immigrant women who were so eager to participate in the democratic process through these Councils, despite the fact they could not vote in national elections. I was intrigued by and saw the importance of even hyper-local democratic

politics, especially for groups that don't have a lot of power but work to use the power they have to make their lives better. This was the ideal of American democracy I fell in love with. I have no illusions about the many contradictions and flaws in our system or our country, but I have built a life around protecting the promise of democracy.

8. I am familiar with the lawsuit the U.S. Department of Justice has brought to get control of Illinois voter rolls. I do not think the federal government should have access to private voter registration information and think the state of Illinois is right to protect the privacy of voter information. Based on what I have seen and heard from this administration I think it is obvious that there is a serious danger voter data will be used to suppress voting rights. This administration seems pretty likely to target immigrants first for suppression.

9. As a naturalized citizen, I worry that my voter data could be targeted. I believe that other naturalized citizens could feel targeted and be less likely to participate in the democratic process they worked hard to become part of, and this will be made worse if they learn the administration is gathering their private information to use against them. That would be a tragedy. I am 52 years old and American as they come. I have an advanced degree, and the privilege to educate myself about our political system. Not everyone has that kind of understanding and many could be discouraged from voting if the government gets their data. I know that immigrants that I have associated with my whole life are likely to feel targeted based on who they are. Especially in this political moment with the way immigrants have been targeted. I went through some of this as a child, at a very different time, and remember my family's stress about feeling targeted, or like others did not see us as truly American. This is nothing in comparison to what folks are dealing with now.

10. I am participating in this case because I am a naturalized citizen who has worked to better this country despite its imperfections. I have worked to protect peoples' rights and

improve their lives through the democratic process myself. I believe in the concept of democracy this country was created on. I have decided to stay here, and marry a U.S. citizen, and give birth to my three beautiful children here because of the commitment that was made to democracy long before I came to this country, and long before I was born. I want to lean in to continue to work to secure the promise of this country.

    I declare that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on January 9, 2026

*Alejandra L. Ibañez*
Alejandra L. Ibañez

5