# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br><br> v.<br><br>BERNADETTE MATTHEWS, in her Official Capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>              *Defendant*. | Civil Action No. 3:25-cv-3398-CRL-DJQ |

## [PROPOSED] ORDER GRANTING COMMON CAUSE, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, BRIAN BEALS, PABLO MENDOZA, AND ALEJANDRA L. IBAÑEZ'S MOTION TO INTERVENE AS DEFENDANTS

Upon consideration of the Motion to Intervene as Defendants filed by Common Cause, Illinois Coalition for Immigrant and Refugee Rights, Brian Beals, Pablo Mendoza, and Alejandra L. Ibañez alongside the materials filed in support thereof, as well as any opposition thereto, the Court finds good cause, and it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Proposed Intervenors' Motion to Dismiss, attached as Exhibit 1 to their Motion to Intervene, is to be entered on the Docket.

IT IS SO ORDERED on this _____ day of _____, 2026.

 

                                                                                                                _____
                                                                                                                 Hon. Colleen R. Lawless
                                                                                                                  U.S. District Court for the Central District of Illinois