UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>*Defendant.* | No. 3:25-cv-3398 |

**NOTICE OF NO POSITION**

On December 22, 2025, the Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers moved to intervene as defendants in this matter. ECF 7. On January 9, 2026, Common Cause, Illinois Coalition for Immigrant and Refugee Rights, Brian Beals, Pablo Mendoza, and Alejandra L. Ibañez separately moved to intervene as defendants in this matter. ECF 24. Defendant Matthews notifies the Court that she takes no position on either motion to intervene.

The current deadline for defendant Matthews to respond to the complaint is February 20, 2026. *See* ECF 20; Text Order Dated Jan. 8, 2026. As such, in filing this notice, defendant does not waive jurisdictional or other defenses available under Federal Rule of Civil Procedure 12.

January 15, 2026                                   Respectfully submitted,

                                                              KWAME RAOUL
                                                                Attorney General of Illinois

By:    */s/ R. Henry Weaver*
         Vikas Didwania*
         *Complex Litigation Counsel*
         R. Henry Weaver
         *Assistant Attorney General*
         Office of the Illinois Attorney General
         115 S. LaSalle St.
         Chicago, IL 60603
         (312) 814-3000
         *vikas.didwania@ilag.gov*
         *robert.weaver@ilag.gov*

* Appearance Forthcoming