# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *Plaintiff*, v. BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois, *Defendant.* | No. 3:25-cv-3398 |

## UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Plaintiff filed the Complaint and a Motion for Order to Compel Production of Records on December 19, 2025. *See* ECF 4, 5.

On January 7, 2026, Plaintiff filed summons returned executed on January 5, 2026. ECF 18. But as Defendant noted in her Motion to Dismiss filed on February 20, 2026, Plaintiff did not properly effectuate service on January 5, 2026. *See* Memo. in Supp. Mot. to Dismiss, ECF 42, at 7-9. In her pleading, Defendant reserved the right to file a new motion to dismiss if she were to be served. *Id.* at 9 n.4. On March 2, 2026, Plaintiff served Defendant Bernadette Matthews.

A defendant must answer or move to dismiss a complaint within 21 days after being served. Fed. R. Civ. P. 12(a)(1)(A)(i). Thus, Defendant respectfully requests that this Court amend the current briefing schedule, ECF 20, to conform with the Federal Rules, and strike Defendant's pending motion to dismiss and opposition to Plaintiff's motion to compel, ECF 41-43. Defendant's new deadline to answer or move to dismiss the complaint and oppose Plaintiff's motion to compel would be March 23, 2026; Plaintiff's opposition to any motion to dismiss would be due on April 6, 2026 along with its reply in support of its motion to compel; and Defendant's reply in support of her motion to dismiss would be due on April 20, 2026.

Counsel for Defendant met and conferred with all parties to this case. Plaintiff indicated that it takes no position on this request; Intervenor Defendants indicated that they do not oppose it.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: */s/ Holly F.B. Berlin*
    Vikas Didwania
    *Complex Litigation Counsel*
    Holly F.B. Berlin
    R. Henry Weaver
    *Assistant Attorneys General*
    Office of the Illinois Attorney General
    115 S. LaSalle St.
    Chicago, IL 60603
    (312) 814-3000
    *vikas.didwania@ilag.gov*
    *holly.berlin@ilag.gov*
    *robert.weaver@ilag.gov*