UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>*Defendant*. | No. 3:25-cv-3398-CRL-DJQ<br><br>Hon. Colleen R. Lawless |

### MOTION OF INTERVENOR DEFENDANTS COMMON CAUSE, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, BRIAN BEALS, PABLO MENDOZA, AND ALEJANDRA L. IBAÑEZ TO STRIKE AND AMEND BRIEFING SCHEDULE

As Defendant Bernadette Matthews explained in her motion to amend the briefing schedule, Plaintiff properly effected service on Defendant Matthews on March 2, 2026. *See* ECF 53. Given Plaintiff's recent effectuation of service, Defendant Matthews has sought this Court's permission to amend the current briefing schedule, *see* ECF 20, to conform with the Federal Rules. Defendant Matthews proposes to strike her pending motion to dismiss, *see* ECF 41, and to answer or move to dismiss the complaint by March 23, 2026, *see* ECF 53. Under Defendant Matthews's proposed schedule, Plaintiff's opposition to any motion to dismiss would be due on April 6, 2026, and Defendant Matthews's reply in support of any motion to dismiss would be due on April 20, 2026. *See id.* Defendant Matthews's motion is unopposed. *See id.*

Intervenor Defendants Common Cause, Illinois Coalition for Immigrant and Refugee Rights, Brian Beals, Pablo Mendoza, and Alejandra L. Ibañez (collectively "Intervenor Defendants") have also moved to dismiss the complaint. *See* ECF 49. To avoid confusion and streamline the case schedule, Intervenor Defendants propose harmonizing the schedule on their pending motion to dismiss with the schedule proposed by Defendant Matthews for her parallel motion. In particular, Intervenor Defendants move to: (i) strike their pending motion to dismiss;

1

(ii) revise their deadline to file an answer or move to dismiss the complaint to March 23, 2026; (iii) set Plaintiff's deadline to file an opposition to any motion to dismiss to April 6, 2026; and (iv) set Intervenor Defendants' deadline to file a reply in support of any motion to dismiss to April 20, 2026.

Counsel for Intervenor Defendants met and conferred with all parties to this case. Defendant Bernadette Matthews indicated she did not oppose it. Plaintiff and Intervenor Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers did not indicate a position on this request.

Dated: March 10, 2026

Ethan Herenstein
Sophia Lin Lakin
Theresa J. Lee
William Hughes
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
eherenstein@aclu.org
slakin@aclu.org
tlee@aclu.org
whughes@aclu.org

Patricia J. Yan
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

Respectfully submitted,

/s/Kevin Fee
Kevin Fee
Rebecca Glenberg
Priyanka Menon
Roger Baldwin Foundation of ACLU, Inc.
150 North Michigan Avenue
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org
pmenon@aclu-il.org

Aneel Chablani
Ami Gandhi
Chicago Lawyers' Committee for Civil Rights
25 E. Washington St., Ste. 1300
Chicago, IL 60602
(312) 888-4193
achablani@clccrul.org
agandhi@clccrul.org