E-FILED
Monday, 23 March, 2026  03:12:37 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BERNADETTE MATTHEWS, in her Official Capacity as Executive Director of the State Board of Elections for the State of Illinois, <br><br> *Defendant*. | Civil Action No. 3:25-cv-3398-CRL-DJQ |

**INTERVENOR DEFENDANTS COMMON CAUSE, ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, BRIAN BEALS, PABLO MENDOZA, AND ALEJANDRA L. IBAÑEZ'S MOTION TO DISMISS**

Intervenor Defendants Common Cause, Illinois Coalition for Immigrant and Refugee Rights ("ICIRR"), Brian Beals, Pablo Mendoza, and Alejandra L. Ibañez (collectively, the Common Cause Intervenors) move to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are fully set forth in the accompanying Memorandum in Support, and a Proposed Order is attached. The Common Cause Intervenors respectfully request that the Court dismiss Plaintiff's Complaint with prejudice.

Dated: March 23, 2026

Respectfully submitted,

Kevin Fee
Rebecca Glenberg
Priyanka Menon
ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 North Michigan Avenue
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org
pmenon@aclu-il.org

*/s/ Ethan Herenstein*
Ethan Herenstein
Sophia Lin Lakin
Theresa J. Lee
Will Hughes
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
eherenstein@aclu.org
slakin@aclu.org
tlee@aclu.org

1

Aneel Chablani
Ami Gandhi
CHICAGO LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
25 E. Washington St., Ste. 1300
Chicago, IL 60602
(312) 888-4193
achablani@clccrul.org
agandhi@clccrul.org

whughes@aclu.org

Patricia Yan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record on March 23, 2026.

*/s/ Ethan Herenstein*
Ethan Herenstein