E-FILED
Monday, 06 April, 2026 03:01:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BERNADETTE MATTHEWS, in her official capacity as Secretary of State of Illinois,<br><br>Defendant(s). | Case Number: 3:25-cv-03398-CRL-DJQ<br><br>**UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS** |

## I.      INTRODUCTION

Plaintiff, the United States of America, must respond to three Motions to Dismiss and reply in support of its Motion to Compel. The United States respectfully requests this Court's permission to exceed the page and word limitations identified in Local Rule 7.1(B)(4) to file a consolidated Opposition up to 25 pages in length and for other reasons discussed in this Motion.

## II.      ARGUMENT

Local Rules limit memoranda in support of or in opposition to all motions either to 15 pages in length or not more than 7,000 words. L.R. 7.1(B)(4). The United States moves for an order granting it permission to file its consolidated opposition to the motions to dismiss filed by Secretary of State Bernadette Mathew's ("Secretary Matthews") (Dkts. 64 & 65), Intervenor-Defendants' Common Cause, Illinois Coalition for Immigrant and Refugee Rights, Brian Beals, Alejandra L Ibanez, and Pablo Mendoza ("Common Cause Intervenors") (Dkts. 67 & 68), and

1

Intervenor-Defendants' Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers ("AFL Intervenors") (Dkts. 56 & 69), combined with its Reply in support of its Motion to Compel (Dkt. 5).

The United States has conferred with counsel for Secretary Matthews and the Intervenor-Defendants. Counsel for Secretary Matthews and counsel for AFL Intervenors indicated that they do not oppose this Motion to exceed page limitations.  Counsel for Common Cause Intervenors consented to this Motion.

The United States requests a total not to exceed 25-pages.

Good cause exists for the extra pages for several reasons:

- Allowing the United States to file a consolidated brief exceeding the page and word limits will encourage judicial economy. Secretary Matthews and Proposed Intervenors-Defendants raise separate, but related, arguments. Permitting excess pages for a single document would allow the United States to address arguments that the Motions have in common along with highlighting where they differ.

- Three district courts have ruled on similar motions within the past six months, and their opinions greatly diverge. Permitting a consolidated brief exceeding the page limits will allow the United States to explain how each of the decisions differs and how one of the decisions generally interprets the Civil Rights Act correctly except on a single issue.

- This case presents a novel issue in this circuit of statutory interpretation involving overlapping statutes. There is no controlling Seventh Circuit jurisprudence discussing Title III of the Civil Rights Act of 1960, although there is persuasive authority from

federal district courts in Indiana. This case may end up before the Seventh Circuit, which in turn could benefit from this Court's thorough analysis of the issues. Permitting the United States to file a consolidated reply exceeding the page limits will facilitate this Court's ability to thoroughly review all the relevant, existing case law.

If the United States were to file a response in opposition to each of the three Motions to Dismiss and file a reply in support of its Motion to Compel separately, the Local Rules would permit it to file briefs exceeding more than 50 pages. Counsel has tried to be as concise as possible with its consolidated brief, but the issues and recent cases require additional space. Consequently, the United States asks for permission to exceed the page limit for a total not to exceed 25-pages.

DATED: April 6, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

*/s/ Christopher J. Gardner*
Christopher J. Gardner
Joseph W. Voiland
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
christoper.gardner@usdoj.gov
joseph.voiland@usdoj.gov

Attorneys for the United States

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsels of record.


*/s/ Christopher J. Gardner*
Christopher J. Gardner