E-FILED
Wednesday, 29 April, 2026  10:38:38 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>*Defendant.* | No. 3:25-cv-3398 |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Bernadette Matthews writes to alert this Court to supplemental authority supporting her motion to dismiss the Department of Justice's (DOJ) complaint demanding Illinois's unredacted statewide voter registration list. In *United States v. Fontes*, No. cv-26-00066, 2026 WL 1145626 (D. Ariz. Apr. 28, 2026), the District Court for the District of Arizona dismissed DOJ's similar complaint on the ground that Title III of the Civil Rights Act of 1960 does not authorize DOJ's demand for Arizona's statewide voter registration list. *Fontes* supports Matthews's arguments in Section IV.B of her motion to dismiss. *See* ECF 65 at 10–12.

Dated: April 29, 2026

Vikas Didwania
Holly Berlin
R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
*vikas.didwania@ilag.gov*
*holly.berlin@ilag.gov*
*robert.weaver@ilag.gov*
(312) 814-3000

Respectfully submitted,

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Bernadette Matthews, Executive Director of the
Illinois State Board of Elections

By:    */s/ Holly F.B. Berlin*
         Assistant Attorney General