E-FILED
Monday, 18 May, 2026  09:48:49 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

UNITED STATES OF AMERICA,

 *Plaintiff*,

 v.

BERNADETTE MATTHEWS, *in her official capacity as Executive Director of the State Board of Elections for the State of Illinois*,

 *Defendant*.

Case No. 3:25-cv-3398

**INTERVENOR-DEFENDANTS ILLINOIS AFL-CIO, ILLINOIS ALLIANCE FOR RETIRED AMERICANS, AND ILLINOIS FEDERATION OF TEACHERS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers respectfully submit this response to Plaintiff's Notice of Supplemental Authority regarding an opinion by the Office of Legal Counsel (OLC) at the U.S. Department of Justice. *See* Dkt. No. 79.

The OLC opinion is effectively an unauthorized surreply in which one DOJ office opines that another DOJ office's litigation position is correct. The timing is revealing: Though DOJ sued Illinois on December 18, 2025, the OLC opinion is dated May 12, 2026—appearing on the eve of oral arguments in three appeals stemming from the dismissal of DOJ's claims in parallel cases. *See United States v. Benson*, No. 26-01225 (6th Cir., argued May 13, 2026); *United States v. Oregon*, No. 26-01231 (9th Cir., to be argued May 19, 2026); *United States v. Weber*, No. 26-

1

01232 (9th Cir., to be argued May 19, 2026).[1] Even setting aside the default rule that agency opinion letters are afforded no legal deference, *see Christensen v. Harris County*, 529 U.S. 576, 587–88 (2000), this legal brief dressed up as an OLC opinion should be given no weight.

The OLC opinion also openly admits what DOJ has previously concealed: the true purpose of its voter-list demands—both to Illinois and to other States—is to share it with the Department of Homeland Security to search for non-citizens on the rolls. *See* Dkt. No. 79-1 at 1 (stating that DOJ seeks State voter lists to comply with President Trump's directive to "prioritize enforcement of 18 U.S.C. [§§] 611 and 1015(f) and similar laws that restrict non-citizens from registering to vote or voting") (quoting Exec. Order No. 14248 § 2(e), 90 Fed. Reg. 14005 (Mar. 28, 2025)). That objective appears nowhere in DOJ's demand letter to Illinois. *See* Dkt. No. 5-2 at 7–9. Instead, DOJ represented that its purpose was to enforce the NVRA and HAVA's list maintenance provisions, *see id.* at 7–9, neither of which require states to subject their voter lists to mass citizenship checks. A purpose that DOJ's own submission confirms is pretextual cannot satisfy Title III. *See* Int.-Defs.' Suppl. Br. Supp. Mot. Dismiss at 1–2, Dkt. No. 69; Int.-Defs.' Mem. Supp. Mot. Dismiss at 9–14, Dkt. No. 44-1; Int.-Defs.' Reply Supp. Mot. Dismiss at 10–12, Dkt. No. 76.

Dated: May 18, 2026

/s/ *Elisabeth Frost*
Elisabeth Frost
*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*

---

[1] OLC also issued the opinion in contravention of its own guidance, which bars it from "opining on the legality of past conduct" and provides that "OLC generally avoids opining on questions likely to arise in pending or imminent litigation involving the United States as a party." Off. of Legal Couns., *Memorandum for Attorneys of the Office Re: Best Practices for OLC Legal Advice and Written Opinions* at 3 (July 16, 2010), https://perma.cc/2DWR-ALS7; *see also* Dkt. No. 79-1 at, *e.g.*, 7 n.7, 8 n.9 (citing and responding to opinions and briefs in parallel cases seeking States' voter files that post-date DOJ's suit against Illinois).

Elisabeth Frost
Katie Chamblee-Ryan
Tina Meng Morrison
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
kchambleeryan@elias.law
tmengmorrison@elias.law
Tel: (202) 968-4490

Sarah Grady
John Hazinski
Adam Smith
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
sarah@kaplangrady.com
Tel: (312) 852-2184

*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*