**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff,*<br><br>  v.<br><br>BERNADETTE MATTHEWS, *in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,*<br><br>  *Defendant.* | Case No. 3:25-cv-3398 |

**INTERVENOR-DEFENDANTS ILLINOIS AFL-CIO, ILLINOIS ALLIANCE FOR
RETIRED AMERICANS, AND ILLINOIS FEDERATION OF TEACHERS'
SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois

Federation of Teachers respectfully provide this Court this second notice of supplemental authority

supporting their pending Motion to Dismiss. *See* Dkt. No. 56.

Two additional district courts have joined the unanimous consensus rejecting DOJ's efforts

to obtain states' unredacted voter files. *See* Ex. A, Order, *United States v. Bellows*, No. 1:25-cv-

00468-LEW (D. Me. May 21, 2026), Dkt. No. 114; Ex. B, Order, *United States v. Wisconsin*, No.

25-cv-1036-JDP (W.D. Wis. May 21, 2026), Dkt. No. 89.  In total, eight federal courts have now

concluded in parallel cases that DOJ has failed to state a valid claim for relief.[1]

---

[1] *See also United States v. Fontes*, No. 2:26-cv-00066-PHX-SMB, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026); *United States v. Amore*, 2026 WL 1040637 (D.R.I. Apr. 17, 2026); *United States v. Galvin*, 2026 WL 972129 (D. Mass. Apr. 9, 2026); *United States v. Benson*, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026), *argued*, No. 26-1225 (6th Cir. May 12, 2026); *United States v.*

The *Bellows* and *Wisconsin* courts each held that the text of Title III of the Civil Rights Act does not support DOJ's demands. Ex. A, *Bellows* at 6–22; Ex. B, *Wisconsin* at 4–9. The *Bellows* court also rejected DOJ's effort to repurpose Title III into a vehicle for federal oversight of states' list-maintenance procedures. Ex. A, *Bellows* at 14–22. Construing the Civil Rights Act of 1960— "enacted as strong medicine to address the stubborn ill of racial discrimination in voting booths across the Jim Crow South"—to entitle DOJ to every state's voter list "on demand" in order to "audit" its compliance with federal list-maintenance requirements "would take a sledgehammer to the balance Congress struck" when it required states to maintain computerized voter rolls. *Id.* at 19–20. "[W]hatever investigatory purposes may support a Title III records demand," the Court concluded, "voter list maintenance is not among them." *Id.* at 14.

Dated: May 21, 2026

/s/ *Elisabeth Frost*
Elisabeth Frost
*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*

Elisabeth Frost
Katie Chamblee-Ryan
Tina Meng Morrison
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
kchambleeryan@elias.law
tmengmorrison@elias.law
Tel: (202) 968-4490

Sarah Grady
John Hazinski
Adam Smith

---

*Oregon*, 2026 WL 318402 (D. Or. Feb. 5, 2026), *argued*, No. 26-1231 (9th Cir. May 19, 2026); *United States v. Weber*, 816 F. Supp. 3d 1168 (C.D. Cal. 2026), *argued*, No. 26-1232 (9th Cir. May 19, 2026).

**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
sarah@kaplangrady.com
Tel: (312) 852-2184

*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*