E-FILED
Friday, 22 May, 2026  04:12:46 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

THE UNITED STATES OF AMERICA,

      *Plaintiff*,

  v.

BERNADETTE MATTHEWS, in her official
capacity as Executive Director of the State
Board of Elections for the State of Illinois,

      *Defendant.*

No. 3:25-cv-3398

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Bernadette Matthews writes to alert this Court to supplemental authority supporting her motion to dismiss the Department of Justice's (DOJ) complaint demanding Illinois's unredacted statewide voter registration list. In *United States v. Bellows*, No. 1:25-cv-00468, --- F. Supp. 3d ----, 2026 WL 1430579 (D. Me. May 21, 2026), the District Court for the District of Maine dismissed DOJ's similar complaint on the ground that Title III of the Civil Rights Act of 1960 does not authorize DOJ's demand for Maine's statewide voter registration list. And in *United States v. Wisconsin Elections Commission*, No. 25-cv-1036, --- F. Supp. 3d ----, 2026 WL 1430354 (W.D. Wis. May 21, 2026), the District Court for the Western District of Wisconsin did the same with respect to DOJ's similar complaint seeking Wisconsin's statewide voter registration list. These authorities support Matthews' arguments in Sections IV(A)-(C) of her memorandum in support of dismissal, ECF No. 65.

Dated: May 22, 2026

Vikas Didwania
Holly Berlin
R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
*vikas.didwania@ilag.gov*
*holly.berlin@ilag.gov*
*robert.weaver@ilag.gov*
(312) 814-3000

Respectfully submitted,

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Bernadette Matthews, Executive Director of the
Illinois State Board of Elections

By:　*/s/ Holly F.B. Berlin*
　　　Assistant Attorney General