**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *Plaintiff*, v. BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois, *Defendant.* | No. 3:25-cv-3398 |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Bernadette Matthews writes to alert this Court to supplemental authority supporting her motion to dismiss the Department of Justice's (DOJ) complaint demanding Illinois's unredacted statewide voter registration list. In *United States v. DeMarinis*, No. SAG-25-3934, 2026 WL 1780586 (D. Md. June 18, 2026), the U.S. District Court for the District of Maryland dismissed DOJ's similar complaint on the ground that Title III of the Civil Rights Act of 1960 does not authorize DOJ's demand for Maryland's statewide voter registration list. The court explained that a state's voter registration list, which is created by state officials, does not come into their possession and therefore is not a record or paper within the purview of Title III. This authority supports Matthews' arguments in Sections IV(A)-(B) of her memorandum in support of dismissal, ECF No. 65. A copy of the decision is attached as Exhibit A.

Every federal court that has issued a ruling has dismissed DOJ's lawsuit. *See United States v. Wis. Elections Comm'n*, 2026 WL 1430354 (W.D. Wis. May 21, 2026); *United States v. Bellows*, 2026 WL 1430481 (D. Me. May 21, 2026); *United States v. Fontes*, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026); *United States v. Amore*, 2026 WL 1040637 (D.R.I. Apr. 17, 2026); *United*

*States v. Galvin*, 2026 WL 972129 (D. Mass. Apr. 9, 2026); *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026); *United States v. Oregon*, 2026 WL 318402 (D. Or. Feb. 5, 2026); *United States v. Weber*, 816 F. Supp. 3d 1168 (C.D. Cal. 2026). No court has ruled in favor of the United States to date.

Dated: June 22, 2026

Vikas Didwania
Holly Berlin
R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
*vikas.didwania@ilag.gov*
*holly.berlin@ilag.gov*
*robert.weaver@ilag.gov*
(312) 814-3000

Respectfully submitted,

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Bernadette Matthews, Executive Director of the
Illinois State Board of Elections

By:    */s/ Vikas Didwania*
         Complex Litigation Counsel