E-FILED
Monday, 22 June, 2026  01:04:40 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:25-cv-3398-CRL-DJQ |
| v. | ) | |
| | ) | Hon. Colleen R. Lawless |
| BERNADETTE MATTHEWS, in her official | ) | Hon. Douglas J. Quivey |
| capacity as Executive Director of the State | ) | |
| Board of Elections for the State of Illinois, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO WITHDRAW APPEARANCE OF PRIYANKA MENON</u>

COMES NOW Priyanka Menon of the Roger Baldwin Foundation of ACLU, Inc. and hereby moves for leave to withdraw her appearance as counsel for intervenor-defendants Common Cause, Illinois Coalition for Immigrant and Refugee Rights, B. Beals, P. Mendoza and A. Ibañez. All other counsel from the Roger Baldwin Foundation of ACLU, Inc., the American Civil Liberties Union Foundation, and the Chicago Lawyers' Committee for Civil Rights will remain as counsel of record for the above-referenced intervenor-defendants.

Dated: June 22, 2026                    Respectfully submitted,

/s/ *Priyanka Menon*

Kevin Fee
Rebecca Glenberg
Priyanka Menon
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, Illinois 60601
(312) 201-9740

## CERTIFICATE OF SERVICE

I, **Priyanka Menon**, an attorney of record, hereby certify that I have caused a true and correct copy of the foregoing MOTION TO WITHDRAW APPEARANCE OF PRIYANKA MENON to be served on June 22, 2026 upon all counsel in this case via the Court's electronic filing system.

/s/ *Priyanka Menon*