E-FILED
Tuesday, 30 June, 2026  01:40:54 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BERNADETTE MATTHEWS, *in her official capacity as Executive Director of the State Board of Elections for the State of Illinois*,<br><br>*Defendant*. | Case No. 3:25-cv-3398 |

### INTERVENOR-DEFENDANTS ILLINOIS AFL-CIO, ILLINOIS ALLIANCE FOR RETIRED AMERICANS, AND ILLINOIS FEDERATION OF TEACHERS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenors Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers respectfully submit this notice of supplemental authority supporting their pending Motion to Dismiss. *See* Dkt. No. 56.

DOJ's arguments have now been unanimously rejected by twelve federal courts, including one court of appeals. On June 27, 2026, a federal district court dismissed DOJ's parallel suit seeking Pennsylvania's unredacted statewide voter registration list. *See United States v. Schmidt*, No. 2:25-cv-01481-CB, 2026 WL 1850016, *3 (W.D. Pa. June 27, 2026). Two days later, yet another federal district court in New Hampshire similarly dismissed DOJ's parallel lawsuit there. *See United States v. Scanlan*, No. 25-cv-371-JL, 2026 WL 1864054 (D.N.H. June 29, 2026).

The Pennsylvania court first concluded that unredacted voter files are not "records" under Title III of the CRA. *Schmidt*, 2026 WL 1850016, at *2. The voter files are "subject to additions, subtraction and revisions," required by the National Voter Registration Act and the Help America

1

Vote Act ("HAVA"). *Id.* But these same alterations are criminalized under 52 U.S.C. § 20702. *Id.* Thus, "the government's reading does violence to Section 20702." *Id.* The court found that dismissal was also warranted because the government's demand failed to include "a statement of the basis and purpose" as required by the Civil Rights Act. *Id.* The court further concluded, based on public statements from federal officials, that DOJ's stated intent for seeking unredacted state voter files is likely a pretext for its true aims: to create a nationwide voter database, advance unsubstantiated claims of non-citizen voting, and create tools for immigration enforcement. *Id.*

The New Hampshire court dismissed DOJ's claim under Title III on similar grounds. Because Title III applies only to records or papers that "come into [election officials'] possession," it cannot reach records that officials "have created and thus have always possessed." *Scanlan*, 2026 WL 1864054, at *4. Reading § 20701 to encompass state voter files would also require election officials to "simultaneously preserve and modify the same record by creating a new, static version of the database with every single edit"—an approach that New Hampshire election officials emphasized would be "impractical to the point of impossible." *Id.* at *5. The court also concluded that DOJ's demand was facially invalid because it failed to state a basis, meaning an "evidentiary or factual predicate," for its request. *Id.* at *7–8. DOJ's failure to identify any factual anomalies in New Hampshire's voter registration data or any complaint or pattern suggesting noncompliance with HAVA or the CRA was fatal under Title III. *Id.*

Dated: June 30, 2026

/s/ *Elisabeth Frost*
Elisabeth Frost
*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*

Elisabeth Frost
Katie Chamblee-Ryan
Tina Meng Morrison

2

**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
kchambleeryan@elias.law
tmengmorrison@elias.law
Tel: (202) 948-1135

Sarah Grady
John Hazinski
Adam Smith
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
sarah@kaplangrady.com
Tel: (312) 852-2184

*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*