E-FILED
Monday, 13 July, 2026  10:49:41 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

THE UNITED STATES OF AMERICA,

*Plaintiff*,

v.

BERNADETTE MATTHEWS, in her official
capacity as Executive Director of the State
Board of Elections for the State of Illinois,

*Defendant.*

No. 3:25-cv-3398

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Bernadette Matthews writes to alert this Court to supplemental authority supporting her motion to dismiss the Department of Justice's (DOJ) complaint demanding Illinois's unredacted statewide voter registration list. In *United States v. Board of Elections of the State of New York*, No. 1:25-cv-1338, 2026 WL 1999921 (N.D.N.Y. July 10, 2026), the U.S. District Court for the Northern District of New York dismissed DOJ's similar complaint on the ground that Title III of the Civil Rights Act of 1960 does not authorize DOJ's demand for New York's statewide voter registration list. The court explained that a state's voter registration list, which is created by state officials, does not come into their possession and therefore is not a record or paper within the purview of Title III. This authority supports Matthews' arguments in Sections IV(A)-(B) of her memorandum in support of dismissal, ECF No. 65.

Every federal court that has issued a ruling has dismissed DOJ's lawsuit. *See United States v. Scanlan*, No. 25-cv-371, 2026 WL 1864054 (D.N.H. June 29, 2026); *United States v. Schmidt*, No. 2:25-cv-01481, 2026 WL 1850016 (W.D. Pa. June 27, 2026); *United States v. Wis. Elections Comm'n*, 2026 WL 1430354 (W.D. Wis. May 21, 2026); *United States v. Bellows*, 2026 WL

1430481 (D. Me. May 21, 2026); *United States v. Fontes*, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026); *United States v. Amore*, 2026 WL 1040637 (D.R.I. Apr. 17, 2026); *United States v. Galvin*, 2026 WL 972129 (D. Mass. Apr. 9, 2026); *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026), *aff'd* No. 26-1225, 2026 WL 1815425 (6th Cir. June 24, 2026); *United States v. Oregon*, 2026 WL 318402 (D. Or. Feb. 5, 2026); *United States v. Weber*, 816 F. Supp. 3d 1168 (C.D. Cal. 2026). No court has ruled in favor of the United States to date.

Dated: July 13, 2026

Vikas Didwania
Holly Berlin
R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
*vikas.didwania@ilag.gov*
*holly.berlin@ilag.gov*
*robert.weaver@ilag.gov*
(312) 814-3000

Respectfully submitted,

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Bernadette Matthews, Executive Director of the
Illinois State Board of Elections

By:    */s/ Holly F.B. Berlin*
         Assistant Attorney General