E-FILED
Wednesday, 22 July, 2026  08:50:58 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.

BERNADETTE MATTHEWS, *in her official capacity as Executive Director of the State Board of Elections for the State of Illinois*,

    *Defendant*.

Case No. 3:25-cv-3398

**INTERVENOR-DEFENDANTS ILLINOIS AFL-CIO, ILLINOIS ALLIANCE FOR
RETIRED AMERICANS, AND ILLINOIS FEDERATION OF TEACHERS'
SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers respectfully submit this notice of supplemental authority supporting their pending Motion to Dismiss. *See* Dkt. No. 56.

DOJ's arguments have now been unanimously rejected by *seventeen* federal courts, including one court of appeals. On July 17, 2026, the United States District Court for the District of Connecticut dismissed DOJ's parallel suit seeking Connecticut's unredacted statewide voter registration list and denied DOJ's motion to compel. *See United States v. Thomas*, No. 3:26-CV-21, 2026 WL 2070437 (D. Conn. July 17, 2026).

The Connecticut court concluded that the unredacted voter list was not a record or paper within the meaning of the Civil Rights Act (CRA) because it did not "come into [the] possession" of a state officer of election. *Id*. at *5–6 (collecting cases). The court found that the voter list—a document that is "constantly being updated"—"is a document *created* by the [State]," rather than

1

one that state officials receive as part of the registration process. *Id*. at *5. The court found that this established "conclusively that [the voter list] does not fall within the scope of [the CRA's] preservation mandate." *Id*. Because the voter list "does not fall within the scope of Title III, the United States is not entitled to its production." *Id*. at *3.

The court's conclusion "[was] further compelled" by the criminal penalties in Section 20702 of the CRA, which prohibit the altering of any record subject to production under the Act. *Id*. at *6. The court declined to read the voter list as a record or paper because, pursuant to the National Voter Registration Act and the Help America Vote Act, it "is constantly being 'altered.'" *Id*. Construing the voter list as a record "would place election officials in violation of one federal law for trying to comply with others." *Id*. (quoting *United States v. Benson*, 179 F.4th 470, 480 (6th Cir. 2026)).

Dated: July 22, 2026

/s/ *Elisabeth Frost*
Elisabeth Frost
*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*

Elisabeth Frost
Katie Chamblee-Ryan
Tina Meng Morrison
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
efrost@elias.law
kchambleeryan@elias.law
tmengmorrison@elias.law
Tel: (202) 948-1135

Sarah Grady
John Hazinski
**KAPLAN & GRADY LLC**
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
sarah@kaplangrady.com

john@kaplangrady.com
Tel: (312) 852-2184

*Counsel for Intervenor-Defendants Illinois AFL-CIO, Illinois Alliance for Retired Americans, and Illinois Federation of Teachers*