E-FILED
Tuesday, 04 August, 2026  01:14:46 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Bernadette Matthews, in her official Capacity as Executive Director of the State Board of Elections for the State of Illinois,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case Number: 25-cv-3398 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff United States of America's motion to compel records is denied and Plaintiff's action against Defendant Bernadette Matthews is dismissed with prejudice.

**Dated: 8/4/2026**



s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court