E-FILED
Wednesday, 19 August, 2026 12:48:59 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 17, 2026

**To:** Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-2695

Caption:
UNITED STATES OF AMERICA,
Plaintiff - Appellant

v.

BERNADETTE MATTHEWS, in her official capacity as Executive Director of the State Board of Elections for the State of Illinois,
Defendant - Appellee

and

COMMON CAUSE, BRIAN BEALS, ILLINOIS ALLIANCE FOR RETIRED AMERICANS, et al.,
Intervening Defendants - Appellees

District Court No: 3:25-cv-03398-CRL-DJQ
Clerk/Agency Rep Shig Yasunaga
District Judge Colleen R. Lawless

Date NOA filed in District Court: 08/17/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)